Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
CHRIS CRISMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CRISMAN, <br><br> Plaintiff, <br><br> v. <br><br> CELONA, INC., <br><br> Defendant. | Case No.: 5:22-cv-02694 <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)** <br><br> **Demand for Jury Trial** |

Plaintiff CHRIS CRISMAN by and through his undersigned counsel, brings this Complaint against Defendant CELONA, INC. for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff CHRIS CRISMAN ("Crisman") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Crisman's original copyrighted Work of authorship.

2. Crisman is a professional photographer who focuses on photographing people in a variety of types of work and strives to obtain the most human connection from the person and the

power from the space to balance it out. He fuels his career by making his work tell a story, to create an emotional response, beyond reality for a surreal experience with the viewer. He is a master of lighting, and has recently been creating many "moving" stills.

3. Crisman's current project "Women's Work" focuses on women working in industries dominated by men. Crisman travels approximately 6 months of the year, and has shot in every state of the USA. Crisman has received the Lürzers Archive 200 Best Photographers Worldwide Award, and awards from Communication Arts Photo Annual, Graphis Photography Annual, American Photography, One Eyeland Photographer of the Year, IPA Awards, and PDN Faces. His clients include Panasonic, Pearle Vision, Pfizer, Merck, AstraZeneca, American Standard, Shell and ExxonMobil.

Defendant CELONA, INC. ("Celona") is a software company that integrates cellular wireless with existing enterprise IT infrastructures. Celona is the owner of the trademark MicroSlicing™, which is patent-pending technology that allows granular allocation of private cellular resources to groups of apps and devices. Celona's market customers include Verizon, World Wide Technology, NTT Limited, HPE Aruba, AWS, Google, Qualcomm, Microsoft, Motorola Solutions, Sierra Wireless and more. At all times relevant herein, Celona owned and operated the internet website located at the URL https://www.celona.io/ (the "Website").

Crisman alleges that Celona copied Crisman's copyrighted Work from the internet in order to advertise, market and promote its business activities. Celona committed the violations alleged in connection with Celona's business for purposes of advertising and promoting sales to the public in the course and scope of the Celona's business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in California.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant are subject to personal jurisdiction in this district.

### DEFENDANT

10. Celona, Inc. is a California Corporation, with its principal place of business at 10061 Bubb Road, Suite 300, Cupertino, California, 95014, and can be served by serving its Registered Agent, Mr. Rajeev Shah, at the same address.

### THE COPYRIGHTED WORK AT ISSUE

In 2017, Crisman created the photograph entitled CC2017031, which is shown below and referred to herein as the "Work".



Crisman registered the Work with the Register of Copyrights on November 14, 2017 and was

assigned the registration number VAu 1-297-320. The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Crisman was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. Celona has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Celona copied the Work.

16. On or about January 27, 2021, Crisman discovered the unauthorized use of his Work on the Website as the main image for its "CBRS based LTE Technology Benefits" page and again used as the image for its "Warehousing" use on the "Use Cases" page.

17. Celona copied Crisman's copyrighted Work without Crisman's permission.

18. After Celona copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its cellular software technology business.

19. Celona copied and distributed Crisman's copyrighted Work in connection with Celona's business for purposes of advertising and promoting Celona's business, and in the course and scope of advertising and selling products and services.

20. Crisman's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. Celona committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Crisman never gave Celona permission or authority to copy, distribute or display the Work at issue in this case.

23. Crisman notified Celona of the allegations set forth herein on May 26, 2021 and June 4, 2021. To date, Celona have failed to respond to Crisman's Notices.

# COUNT I
# COPYRIGHT INFRINGEMENT

24. Crisman incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Crisman owns a valid copyright in the Work at issue in this case.

26. Crisman registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Celona copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Crisman's authorization in violation of 17 U.S.C. § 501.

28. Celona performed the acts alleged in the course and scope of its business activities.

29. Celona's acts were willful.

30. Crisman has been damaged.

31. The harm caused to Crisman has been irreparable.

WHEREFORE, Plaintiff prays for judgment against Defendant Celona, Inc. that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded such other and further relief as the Court deems just and proper; and

e. Plaintiff be awarded pre- and post-judgment interest.

## JURY DEMAND

Plaintiff Chris Crisman hereby demands a trial by jury of all issues so triable.

DATED:  May 4, 2022                     Respectfully submitted,

/s/ Jonah A. Grossbardt
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
*Attorneys for Plaintiff Chris Crisman*